# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Abelardo Dominguez-Lopez DEFENDANT(S). | CASE NUMBER ED16-MJ-00394 **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __Thursday, September 22, 2016__ , _____ , at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __David T. Bristow__ , in Courtroom __3__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __09/20/2016__        __David T. Bristow__
                              U.S. District Judge/Magistrate Judge